UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RAMON DE LA CRUZ, et al.,  :
              Plaintiffs,  :
                                 :      23 Civ. 6894 (LGS)
        -against-  :
                                 :          ORDER
PARK AVENUE SOUTH MANAGEMENT  :
LLC, et al.,
              Defendants.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated August 8, 2023, required the parties to file a proposed case management plan and joint letter by September 20, 2023.

    WHEREAS, the initial pretrial conference is currently scheduled for September 27, 2023.

    WHEREAS, Plaintiffs have not filed proof of service on the docket.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

    **ORDERED** that if Plaintiffs have been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **September 27, 2023**. If Plaintiffs have not been in communication with Defendants, they shall file a status letter regarding their efforts to serve Defendants and request a further adjournment of the initial conference as soon as possible and no later than **September 27, 2023**. It is further

    **ORDERED** that the initial pretrial conference scheduled for September 27, 2023, is adjourned to **October 4, 2023, at 4:10 P.M.**

Dated: September 25, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             **UNITED STATES DISTRICT JUDGE**