# The Samuel Law firm

Attorneys At Law

1441 broadway, Suite 6085, New York, NY 10018
Phone: (212) 563-9884 | Fax: (212) 563-9870 | Website: www.samuelandstein.com

**Michael Samuel**
michael@thesanuellawfirm.com

September 27, 2023

The Hon. Lorna G. Schofield
United States District Court – Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square
New York, NY 10007

> Application **GRANTED**. The initial pretrial conference scheduled for October 4, 2023, is **ADJOURNED** to **November 1, 2023**. The parties shall file their materials by **October 25, 2023.**
>
> Dated: September 29, 2023
>      New York, New York
>
> *(signature)*
> **Lorna G. Schofield**
> **United States District Judge**

Re: *De La Cruz et al. vs. Park Avenue South Management LLC et al.*
Case No. 1:23-cv-06894-LGS

Dear Judge Schofield:

    Please be advised that we represent the plaintiff in the above-referenced action. We write pursuant to Your Honor's Order dated September 25, 2023 (ECF 8). We have recently heard from James M. Lemonedes, Esq., counsel for the defendants, who has advised us that he will sign a waiver of service form. We will forward that to him later today. We respectfully request that the initial pretrial conference currently scheduled for October 4, 2023, be adjourned for 30 days.

    We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

                              Respectfully submitted,

                              /s/ *Michael Samuel*
                              Michael Samuel, Esq.

                              *Counsel for Plaintiffs*

Cc: James M. Lemonedes, Esq. (VIA ECF)
     *Counsel for Defendants*