UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RAMON DE LA CRUZ, et al.,
                            Plaintiffs,

                 -against-

PARK AVENUE SOUTH MANAGEMENT
LLC, et al.,
                            Defendants.
------------------------------------------------------------X

23 Civ. 6894 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated August 8, 2023, required the parties to file a proposed case management plan and joint letter by September 20, 2023, and scheduled an initial pretrial conference for September 27, 2023.

    WHEREAS, an Order dated September 25, 2023, directed Plaintiffs to file a status letter regarding their efforts to serve Defendants by September 27, 2023, and adjourned the initial pretrial conference to October 4, 2023.

    WHEREAS, Plaintiffs filed a letter dated September 28, 2023, regarding their efforts to serve Defendants and requesting further adjournment of the initial pretrial conference.

    WHEREAS, an Order dated September 29, 2023, adjourned the initial pretrial conference to November 1, 2023, and directed the parties to file their materials by October 25, 2023.

    WHEREAS, Plaintiffs have not filed proof of service on the docket.

    WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan.  It is hereby

    **ORDERED** that if Plaintiffs have been in communication with Defendants, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **November 1, 2023**.  If Plaintiffs have not been in communication with Defendants,

they shall file a status letter regarding their efforts to serve Defendants and request a further adjournment of the initial conference as soon as possible and no later than **November 1, 2023**. It is further

      **ORDERED** that the initial pretrial conference scheduled for November 1, 2023, is adjourned to **November 8, 2023, at 4:10 P.M.**

Dated: October 27, 2023
      New York, New York

                                            LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE