UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                        :

RAMON DE LA CRUZ, et al.,           :

                      Plaintiffs,    :

                                 :            23 Civ. 6894 (LGS)

               -against-       :

                                 :               ORDER

PARK AVENUE SOUTH MANAGEMENT  :
LLC, et al.,

                     Defendants.  X
-------------------------------------------------------------

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated August 8, 2023, required the parties to file a proposed case

management plan and joint letter by September 20, 2023, and scheduled an initial pretrial

conference for September 27, 2023.

      WHEREAS, the parties did not timely file a proposed case management plan or joint

letter.

      WHEREAS, an Order dated September 25, 2023, directed Plaintiffs to file a status letter

regarding their efforts to serve Defendants by September 27, 2023, and adjourned the initial

pretrial conference to October 4, 2023.

      WHEREAS, Plaintiffs filed a letter dated September 28, 2023, regarding their efforts to

serve Defendants and requesting further adjournment of the initial pretrial conference.

      WHEREAS, an Order dated September 29, 2023, adjourned the initial pretrial conference

to November 1, 2023, and directed the parties to file their materials by October 25, 2023.

      WHEREAS, the parties did not timely file their materials.

      WHEREAS, an Order dated October 27, 2023, adjourned the November 1, 2023, initial

pretrial conference to November 8, 2023, and directed the parties to file their materials or

Plaintiffs to file a status letter by November 1, 2023.

WHEREAS, the parties have not filed their materials and Plaintiffs have not filed a status letter.

WHEREAS, Plaintiffs have not filed proof of service on the docket.  It is hereby

**ORDERED** that Plaintiffs shall file a status letter regarding their efforts to serve Defendants or proof of service on the docket by **November 8, 2023.**  If Plaintiffs fail to comply with this Order, the case will be dismissed for failure to prosecute.  It is further

**ORDERED** that the initial pretrial conference scheduled for November 8, 2023, is adjourned to **November 15, 2023, at 4:10 P.M.**

Dated:  November 3, 2023
          New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2